UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT G. CLARK
AKA: ROBERT GEORGE CLARK

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CHAPTER 13

CASE NO: 5-19-04803-RNO

vs.

ROBERT G. CLARK
AKA: ROBERT GEORGE CLARK

    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on August 5, 2020, Charles DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated: August 5, 2020

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: amchale@pamd13trustee.com

<pre>
                    UNITED STATES BANKRUPTCY COURT
                   FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
</pre>

IN RE:     ROBERT G. CLARK
           AKA: ROBERT GEORGE CLARK
                                                    CHAPTER 13
           Debtor(s)

           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE                       CASE NO: 5-19-04803-RNO
           Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

**HEARING:**

    September 2, 2020 at 09:30 AM
    U.S. Bankruptcy Court
    Max Rosenn U.S. Courthouse
    197 S. Main Street
    Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

    **AMOUNT DELINQUENT AS OF LAST MONTH: $ 1976.70**
    **AMOUNT DUE FOR THIS MONTH: $455.34**
    **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $2432.04**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    If **submitting payment by U.S. First Class Mail** mail to**:**
        CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.   You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.   You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

                                             Charles J. DeHart, III, Trustee
                                             8125 Adams Drive, Suite A
                                             Hummelstown, PA  17036
                                             Phone:  (717) 566-6097

Dated:  August 5, 2020

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    ROBERT G. CLARK
            AKA: ROBERT GEORGE CLARK

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III           CASE NO: 5-19-04803-RNO
CHAPTER 13 TRUSTEE
       Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 5, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

                         Served Electronically

JOHN FISHER                                   UNITED STATES TRUSTEE
126 SOUTH MAIN STREET                  SUITE 1190
PITTSTON, PA 18640-                       228 WALNUT STREET
                                                          HARRISBURG, PA 17101

                         Served by First Class Mail

ROBERT G. CLARK
1743 - 1745 BEAUMONT AVENUE
SCRANTON, PA 18508

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 5, 2020                        Liz Joyce
                                                     for Charles J. DeHart, III, Trustee
                                                     Suite A, 8125 Adams Dr.
                                                     Hummelstown, PA 17036
                                                     Phone: (717) 566-6097
                                                     eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT G. CLARK
AKA: ROBERT GEORGE CLARK

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-19-04803-RNO

vs.

ROBERT G. CLARK
AKA: ROBERT GEORGE CLARK

MOTION TO DISMISS

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.