United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 19-04803-RNO
Robert G. Clark  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5　　　　　User: AutoDocke　　　　　Page 1 of 2
Date Rcvd: Dec 21, 2020　　　Form ID: trc　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　Definition**
+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5367104 | + | Citibank, N.A., not in its individual capacity, bu, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 Citibank, N.A., not in its individual ca 75381-460 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2020　　　　　Signature:　　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR ET AL pamb@fedphe.com |
| John Fisher | on behalf of Debtor 1 Robert G. Clark johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Mario J. Hanyon | on behalf of Creditor New Residential Investment Corp. mario.hanyon@brockandscott.com wbecf@brockandscott.com |
| Thomas Song | |

　　　　　　　　　　　　　on behalf of Creditor New Residential Investment Corp. pamb@fedphe.com

United States Trustee

　　　　　　　　　　　　　ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-04803-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Robert G. Clark
1743 - 1745 Beaumont Avenue
Scranton PA 18508

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/18/2020.

Name and Address of Alleged Transferor(s):

Claim No. 2: Citibank, N.A., not in its individual capacity, bu, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609, Citibank, N.A., not in its individual ca

Name and Address of Transferee:

U.S. Bank Trust National Association
PO Box 814609
Dallas, TX 75381-4609
U.S. Bank Trust National Association
PO Box 814609
Dallas, TX 75381-4609

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/23/20

Terrence S. Miller
**CLERK OF THE COURT**