In re:  
Robert G. Clark  
    Debtor

Case No. 19-04803-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: Jun 08, 2022     Form ID: ordsmiss     Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Robert G. Clark, 1743 - 1745 Beaumont Avenue, Scranton, PA 18508 |
| cr | + | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 5367103 | | Citibank, N.A., not in its individual capacity, bu, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 5367104 | + | Citibank, N.A., not in its individual capacity, bu, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 Citibank, N.A., not in its individual ca 75381-460 |
| 5268147 | | Grange Insurance, PO Box 740604, Cincinnati OH 45274-0604 |
| 5268150 | | Pennsylvania Physicians Services, Mailstop 49111298, PO Box 660827, Dallas TX 75266-0827 |
| 5268151 | | Progressive Insurance, 300 N Commons Blvd, Datalah Mayfield Village OH 44143-1589 |
| 5472236 | + | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 5309484 | + | U.S. Bank National Association Et Al, NATIONSTAR MORTGAGE LLC D/B/A, MR. COOPER, P.O. BOX 619096, DALLAS, TX 75261-9096 |
| 5309485 | + | U.S. Bank National Association Et Al, NATIONSTAR MORTGAGE LLC D/B/A, MR. COOPER, P.O. BOX 619096, DALLAS, TX 75261-9741 U.S. Bank National Association Et Al 75261-9096 |
| 5452754 | + | U.S. Bank Trust National Association, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |
| 5452755 | + | U.S. Bank Trust National Association, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042 U.S. Bank Trust National Association 77042-4546 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Jun 08 2022 18:43:41 | U.S. Bank Trust National Association, not in its i, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 08 2022 18:47:00 | US Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5268146 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 08 2022 18:47:00 | Caine & Weiner, PO Box 55848, Sherman Oaks CA 91413 |
| 5268148 | | EDI: IIC9.COM | Jun 08 2022 22:53:00 | IC Systems Collections, PO Box 64378, Saint Paul MN 55164-0378 |
| 5268149 | | EDI: JPMORGANCHASE | Jun 08 2022 22:53:00 | JP Morgan Chase Bank, N.A., P.O. Box 182613, Columbus, OH 43218 |
| 5290490 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2022 18:51:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5291955 | | EDI: LCIPHHMRGT | Jun 08 2022 22:53:00 | PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH, FL 33416-4605 |
| 5268152 | + | EDI: LCIPHHMRGT | Jun 08 2022 22:53:00 | The Bank of New York Mellon, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 5380723 | ^ | MEBN | | |

| | | | |
|---|---|---|---|
| | | Jun 08 2022 18:43:40 | U.S. Bank Trust National Association, PO Box 814609, Dallas, TX 75381-4609, U.S. Bank Trust National Association, PO Box 814609, Dallas, TX 75381-4609 |
| 5380722 | ^ MEBN | Jun 08 2022 18:43:40 | U.S. Bank Trust National Association, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citibank, N.A., not in its individual capacity, bu |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 10, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust cwohlrab@raslg.com |
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com |
| Charles G. Wohlrab | on behalf of Creditor US Bank Trust National Association cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR ET AL pamb@fedphe.com |
| John Fisher | on behalf of Debtor 1 Robert G. Clark johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Mario J. Hanyon | on behalf of Creditor New Residential Investment Corp. wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Thomas Song | on behalf of Creditor New Residential Investment Corp. tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert G. Clark,                         Chapter     13
aka Robert George Clark,

       **Debtor 1**                           Case No.     5:19−bk−04803−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*(signed)*

Mark J. Conway, United States Bankruptcy Judge

Dated: June 8, 2022

ordsmiss (05/18)